Form 3A -
(10/05)

# United States Bankruptcy Court
District Of _____ Illinois _____

In re _____ Jason Watkins _____,
Debtor

Case No. 07-19313

Chapter 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 299 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ 74.75  Check one  ☑ With the filing of the petition, or
                       ☐ On or before _____

    $ 74.75  on or before  November 12th, 2007
    $ 74.75  on or before  December 12th, 2007
    $ 74.75  on or before  December 26th, 2007

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____
Signature of Attorney    Date

Signature of Debtor: Jason Watkins    Date: 10/11/2007
(In a joint case, both spouses must sign.)

Name of Attorney

_____    _____
Signature of Joint Debtor (if any)    Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 18 2007

KENNETH S. GARDNER, CLERK
PS REP, - RD